# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:15CR180 |
| vs. | ) | ORDER |
| JAMES A. WIEHE, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant to extend time in which to file pretrial motions (Filing No. 16).  The motion is denied.

**IT IS SO ORDERED.**

DATED this 24th day of June, 2015.

BY THE COURT:

 s/ Thomas D. Thalken
 United States Magistrate Judge